**FILED**
August 23, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SAF_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FREDERICK EASTER, Individually and as Parent and Next Friend of Minor Plaintiff, S.E., Plaintiff <br><br> VS. <br><br> WAL-MART STORES, INC. and WAL-MART STORES TEXAS, LLC, Defendants | § § § § § § § § § § § § |

CIVIL NO. SA:23-CV-00047-OLG

JURY DEMANDED

## AGREED FINAL JUDGMENT

On this 23 day of August, 2023 came on to be heard the above-styled and numbered referenced cause of action, and came **Plaintiff Frederick Easter, Individually and as Next Friend of Minor Plaintiff, S.E.** Paul Taylor is the Guardian Ad Litem herein to represent the interests of the minor Plaintiff. **Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores Texas, LLC** appeared by and through their attorneys of record.

It was then announced to the Court that all matters in controversy in this lawsuit had been compromised and settled as between Plaintiff and Defendant. It was further announced that, subject to the approval of the Court, a Settlement Agreement and Release had been reached in this case for minor Plaintiff S.E.

The Court, after hearing evidence in this case, and after reviewing the Settlement Agreement and Release, is of the opinion that the terms of the Settlement Agreement and Release are fair and just and in the best interests of the minor Plaintiff herein.

Therefore, it is ORDERED, ADJUDGED AND DECREED that the Settlement Agreement and Release fully signed and executed by all parties herein should be and is hereby fully ratified and approved by this Court in all things.

It is further ORDERED, ADJUDGED AND DECREED that Defendants agree to pay to Plaintiff, a total of **$22,500.00** payable as follows:

$16,291.45 payable to Frederick Easter, Individually and as Parent and Next Friend of Minor Plaintiff, S.E. and his attorneys, the Law Offices of Joel A. Levine as payment of a reduced attorney's fee in the amount of $6,208.55, reimbursement of case expenses in the amount of $3,379.75, and payment of the following outstanding medical bills:

> $3,000.00 to ProCare Medical Center
> $400.00 to ASP Cares
> $1,000.00 to Minivasive Pain & Ortho.
> $1,002.40 to Complete Care Nacogdoches
> $5.75 to Pediatric Orthopedic & Scoliosis Center of South Texas
> $1,295.00 to Narsan ER Physician

$6,208.55 payable to S.E, a minor, by Clerk, U.S. District Court, Trustee.

It is further ORDERED that the Clerk, United States District Court, shall receive and deposit into the Court's registry a check in the exact amount of $6,208.55, which represents the amount of settlement funds apportioned to S.E, minor child.

It is further ORDERED that the Clerk, United States District Court, as soon as the business of the office allows, shall deposit these monies into the Court Registry Investment System (CRIS) on behalf of the minor child, S.E., born on July 23, 2007. These monies shall remain invested until the minor child, S.E., reaches the age of majority, at which time said account, plus interest, less any applicable fees, will be delivered to the minor child, upon proof of identity, unless the Court orders otherwise.

It is further ORDERED, ADJUDGED AND DECREED that Defendant shall pay Paul Taylor, the Guardian Ad Litem herein, the sum of **$2,500** for guardian ad litem fees and services rendered herein on behalf of the minor Plaintiff. Further, Paul Taylor has completely performed

the duties and obligations that are imposed upon him in this lawsuit, and therefore, the Guardian Ad Litem is discharged from any further duties or obligations to **S.E.**

It is further ORDERED, ADJUDGED AND DECREED that any and all relief sought or prayed for against Defendants by any of the Parties herein which is not specifically granted, be and the same is hereby DENIED; that insofar as all causes of action that have been asserted herein or could have been asserted herein, Defendants shall go hence without day; and that each party shall pay its own court costs herein. Any and all claims made by Frederick Easter, Individually, are hereby dismissed.

This judgment fully and finally disposes of all parties and all claims and is appealable.

SIGNED and ENTERED this 23 day of August 2023.

_____
HONORABLE ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

DAW & RAY, LLP

*/s/ Elizabeth W. Yancy*

James K. Floyd
TBN: 24047628
Email: jfloyd@dawray.com
Elizabeth W. Yancy
TBN: 24098642
Email: eyancy@dawray.com
14100 San Pedro, Suite 302
San Antonio, Texas 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile
**ATTORNEYS FOR DEFENDANTS**


LAW OFFICE OF JOEL A. LEVINE

*Alexander Caire*
Alexander Caire
TBN: 24120737
Email: alexander@joelalevine.com
3305 Northland Drive, Suite 210
Austin, Texas 78731
(512) 982-1510 Telephone
(512) 367-5928 Facsimile
**ATTORNEYS FOR PLAINTIFFS**


PAUL TAYLOR,
ATTORNEY * MEDIATOR

*Paul Taylor*
Paul Taylor
Email: paul@ptaylor.com
10010 San Pedro Avenue, Suite 430
San Antonio, Texas 78216-3817
(210) 490-2031 Telephone
(210) 490-2166 Facsimile
**GUARDIAN AD LITEM**